UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>MIGUEL A. VILLEDA, et *al.,*<br><br>          Defendants. | Case No. 4:13-cr-00220-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

Defendant Miguel Villeda was recently arraigned and scheduled for trial on April 7, 2014. The co-defendants are scheduled for trial on May 19, 2014. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been filed. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court will move Defendant Miguel Villeda's trial to May 19, 2014 with the other defendants. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for Defendant Miguel Villeda is VACATED, and that a new trial be set for **May 19, 2014 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18

U.S.C. § 3161(h)(6).

IT IS FURTHER ORDERED that the current trial readiness conference for Defendant Miguel Villeda be VACATED, and that a new trial readiness conference be conducted by telephone on **May 8, 2014 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line. .

DATED: **February 24, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge