UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN FITZGERALD DALLEY,<br>ASHLYN MORENO,<br>MIGUEL A. VILLEDA,<br>JASON JOHN HOTTEL, and<br>REYNA MARIE LATIMORE,<br><br>    Defendants. | Case No. 4:13-cr-00220-E-BLW<br><br>**ORDER** |

The Court having before it, the Government's Motion to Dismiss without Prejudice, and finding good cause,

    IT IS HEREBY ORDERED That the Motion to Dismiss the Superseding Indictment without Prejudice (Dkt. 95) in the above-captioned case is GRANTED.

DATED: March 11, 2014

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1